UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA DAVIS REID,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>　　　　Defendant. | No. 8:21-cv-00004-KES<br><br>JUDGMENT |

　　　Having granted the Motion for Entry of Judgment filed by defendant Frank Bisignano, Commissioner of Social Security, THE COURT ADJUDGES AND DECREES that judgment is entered for defendant.

Date: May 27, 2025

　　　　　　　　　　　　　　　　　*Karen E. Scott*
　　　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).